**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In the Interest of B.R., a Child

Appellate case number:    01-13-00023-CV; 01-13-00024-CV

Trial court case number:  1100845J; 2010-05141J

Trial court:              315th District Court of Harris County

On January 17, 2013, appellant, Ivan Rodarte, filed motions in both of these cases challenging the trial court's orders finding that he is not indigent. *See* TEX. R. APP. P. 20.1(j)(1). The motions were filed within 10 days after appellant filed his notices of appeal. *See* TEX. R. APP. P. 20.1(j)(2). Nevertheless, the trial court clerk has not filed any clerk's record related to indigence, and the court reporter did not file the reporter's record from the indigence hearing until February 25, 2013. *See* TEX. R. APP. P. 20.1(j)(3). As a result, we were unable to rule on the motion within 10 days after it was filed, the motion was granted by operation of law, and appellant is entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(j)(4).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs. *See* TEX. R. APP. P. 20.1(k), (n).

It is further **ORDERED** that the District Clerk file with this Court, within 10 days of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a), and that the Court Reporter file with this Court, within 10 days of the date of this order and at no cost to appellant, the reporter's record. *See* TEX. R. APP. P. 20.1(k), 35.1(b).

Appellant's brief is **ORDERED** filed with this Court within 20 days after the later of the date the clerk's record is filed or the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 20 days after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                    ☑ Acting individually    ☐ Acting for the Court

Date: March 11, 2013